ACCEPTED
03-14-00561-CV
4002057
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/3/2015 1:49:40 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00561-CV

IN THE COURT OF APPEALS OF TEXAS
THIRD DISTRICT, AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/3/2015 1:49:40 PM
JEFFREY D. KYLE
Clerk

DANA DUTSCHMANN and KEVIN BIERWIRTH,

*Appellants,*

vs.

FEDERAL NATIONAL MORTGAGE ASSOCIATION,
*Appellee.*

On Appeal from the County Court at Law No. 2
Travis County, Texas
Trial Court Cause No. C-1-CV-15-006351

APPELLEE'S OBJECTION TO APPELLANT KEVIN BIERWIRTH'S
MOTION TO EXTEND TIME FOR FILING APPELLANT'S BRIEF

To the Honorable Court of Appeals:

A. Introduction and Procedural Status

1.      This is an appeal from a forcible detainer action in the County Court at Law No. 2, Travis County, Texas.  Appellants filed their respective Notices of Appeal on September 5, 4014.

2.      On November 6, 2014, Appellee filed a Motion to Dismiss this appeal on the grounds that Appellants had failed to pay the filing fees associated with the appeal.

1

3.      Almost five months have elapsed since Appellants filed their Notices of Appeal, and Appellants have still not paid the required filing fees.  Appellee's Motion to Dismiss remains pending before this Court.

4.      Appellants' Briefs were due before this Court on January 20, 2015. To date, neither Appellant Kevin Bierwirth nor Appellant Dana Dutschmann has filed their respective briefs.

5.      On January 30, 2015, acting pro se, Appellant Kevin Bierwirth ("Bierwirth") filed his Motion to Extend Time for Filing Appellant's Brief. Bierwirth's Motion does not address the filing of Appellant Dutschmann's brief.

### B.  Objection to Motion to Extend Time

6.      Appellee objects to Bierwirth's request for additional time to file his brief, and respectfully requests that the Court deny the requested relief.

7.      This Court is aware of Bierwirth's history of foreclosure and forcible-detainer litigation.  *See, e.g.*, *Bierwirth v. BAC Home Loans Servicing, L.P.*, 2012 Tex. App. LEXIS 7506, n. 1 (Tex.App. – Austin 2012, pet. denied)(listing some of Bierwirth's similar litigation in this Court and other courts).  A review of the procedural histories of Bierwirth's other cases reveals that delays and requests for additional time are the rule, rather than the exception.

8.      In his Motion, Bierwirth makes no attempt to explain the timing of his request for the additional reporter's record.  Bierwirth states that he requires a

transcript from a hearing regarding his petition for writ of reentry in the lower court. The hearing on Bierwirth's petition for writ of reentry was held before the County Court at Law No. 2 in Travis County on September 17, 2014—almost two weeks after Bierwirth filed his Notice of Appeal with this Court.

9.     Bierwirth should have known at the time of the hearing or immediately thereafter that his appeal would require the preparation of an additional reporter's record. Yet, there is no indication that Bierwirth attempted to obtain the additional reporter's record in the four months since the hearing. Rather, 10 days after his brief was due, he has requested that this Court grant additional time to secure the additional reporter's record.

10.    This appeal is also hindering Appellee's ability to sell the subject property. Because of the pending appeal, Appellee is unable to obtain a title insurance policy with respect to the subject property. Allowing Bierwirth to prolong this already lengthy proceeding will further delay Appellee's disposition of the subject property.

### C.  Prayer

11.    For these reasons, Appellee Federal National Mortgage Association respectfully requests that the Court deny Appellant Kevin Bierwirth's Motion to Extend Time for Filing Appellant's Brief.

3

Respectfully submitted,


By: /s/ Douglas G. Dent
     Brian P. Casey
     State Bar No. 00793476
     Douglas G. Dent
     State Bar No. 24078062
     6836 Bee Caves, Bldg. 3, Suite 303
     Austin, Texas 78746
     Tel.: 512-617-6409
     Fax: 888-530-9616
     bcasey@caseylawtx.com
     ddent@caseylawtx.com

## Certificate of Service

Pursuant to Tex. R. App. P. 9.5, I hereby certify that on February 3, 2015, I served the foregoing document via regular mail on the following persons:

Kevin Bierwirth
13276 Research Blvd., #204
Austin, Texas 78750

Dana Dutschmann
3305 Spaniel Drive
Austin, Texas 78759

/s/ Douglas G. Dent
Douglas G. Dent

## Certificate of Compliance

Pursuant to Tex. R. App. P. 9.4(i)(3), I certify that this document contains 661 words.